UNITED  STATES  DISTRICT  COURT
SOUTHERN  DISTRICT  OF  OHIO
WESTERN  DIVISION

| | | |
|---|---|---|
| ROY A. DURHAM, JR., | : | Case No. 1:13-cv-226 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | Magistrate Judge Karen L. Litkovitz |
| | : | |
| ROB JEFFREYS, *et al.*, | : | |
| Defendants. | : | |

**AMENDED DECISION AND ENTRY:[1] (1) ADOPTING THE
REPORT AND RECOMMENDATIONS OF THE
UNITED STATES MAGISTRATE JUDGE (Doc. 137);
(2) OVERRULING PLAINTIFF'S OBJECTIONS (Docs. 138, 139); AND
(3) DENYING PLAINTIFF'S SECOND MOTION
TO FILE A THIRD AMENDED COMPLAINT (Doc. 121)**

This case is before the Court pursuant to the Order of General Reference in the

United States District Court for the Southern District of Ohio Western Division to United

States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate

Judge reviewed the pleadings filed with this Court, and, on March 14, 2017, submitted a

Report and Recommendations.  (Doc. 137).  Objections to the Report and Recommend-

ations were due by March 23, 2017.  (Doc. 137 at 6; Fed. R. Civ. P. 72(b)).  On April 10,

2017, and April 17, 2017, Plaintiff filed objections.  ("Objections") (Docs. 138-139).[2]

As required by 29 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has

reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all

---

[1] On May 31, 2017, the Court put on an Order adopting the Report and Recommend-
ations of the Magistrate Judge.  Pursuant to Fed. R. Civ. P. 60(a), the Court enters this
Amended Order to correctly reflect that this action remains open pending resolution of
Plaintiff's remaining claims.

[2] Even if the Objections had been timely filed, they primarily restate arguments that were
already addressed by the Magistrate Judge, namely, that Plaintiff has been denied access
to the law library.  The Court finds this argument to not be well-taken.  As detailed in the
Report and Recommendations, Plaintiff has had ample opportunity to pursue his claims
and granting further leave to amend four years after this action was commenced would
unduly prejudice Defendants.

of the filings in this matter.  Upon consideration of the foregoing, the Court does

determine that such Report and Recommendations should be and is hereby adopted in its

entirety and Plaintiff's Objections to the Report and Recommendations are overruled.

Accordingly:

1.  The Report and Recommendations (Doc. 137) is **ADOPTED**;

2.  Plaintiff's Objections (Docs. 138, 139) are **OVERRULED**; and

3.  Plaintiff's second motion for leave of court to file a third amended complaint (Doc. 121) is **DENIED**.[3]

**IT IS SO ORDERED.**

Date:   1/2/18

Timothy S. Black
United States District Judge

---

[3] To the extent Plaintiff's motion requests an extension of time to file a supplemental brief in response to Defendant's motion for judgment on the pleadings (Doc. 121 at 1), this Court already granted Plaintiff such an extension and accepted his supplemental filings (Doc. 127).