# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| ROY A. DURHAM, JR.,<br>Plaintiff, | Case No. 1:13-cv-226<br>Black, J.<br>Litkovitz, M.J. |
| vs. | |
| ROB JEFFREYS, et al.,<br>Defendants. | **ORDER** |

This matter is before the Court on plaintiff's motion to stay proceedings for six months (Doc. 169), which was filed on June 19, 2018 and to which defendants have not responded.

Plaintiff alleges he underwent hand surgery on June 15, 2018 and that he has been advised that his recovery time "could be a minimum of 6 months as he undergoes therapy." (Doc. 169 at 2). He attaches a "Work/School Excuse Form" dated June 16, 2018, purported signed by plaintiff's doctor, that states plaintiff "was seen today" and is "unable to use right hand." (Doc. 169 at 4). However, the form does not indicate the length of time plaintiff may be unable to use his right hand, and a stay of proceedings for six months given the nature of plaintiff's hand impairment appears inordinately long and unnecessary. Plaintiff has failed to show good cause for a six-month stay of proceedings in this lawsuit. Therefore, his motion is **DENIED**.

This matter shall proceed as follows:

- Dispositive motion deadline: November 6, 2018
- Final pretrial conference: March 2019*
- Trial: April 2019*

*The specific dates for the final pretrial conference and trial will be set by the district judge at a later date.

**IT IS SO ORDERED.**

Date: 8/6/18

Karen L. Litkovitz
United States Magistrate Judge